UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GIOVANNY CORRALES ROZO,

Petitioner,

v. Case No. 3:26-cv-1787-MMH-LLL

WARDEN, NORTH FLORIDA DETENTION FACILITY and U.S. ATTORNEY GENERAL,

Respondents.

---

**ORDER**

Petitioner Giovanny Corrales Rozo, an immigration detainee, initiated this action by filing a pro se Petition for Writ of Habeas Corpus (Doc. 1) on July 13, 2026. The crux of Rozo's Petition is that he is not subject to mandatory detention under 8 U.S.C. § 1225(b). See Doc. 1 at 6–7. As relief, he asks the Court to direct his immediate release or, in the alternative, direct Respondents to provide him with an individualized bond hearing. Id. at 7.

When Rozo filed the Petition, he did not have a final order of removal and, therefore, was detained pursuant to 8 U.S.C. § 1225. See Doc. 1 at 6 (noting his order of removal is not yet final because he has pursued an appeal). However, circumstances have changed. The Board of Immigration Appeals has dismissed Rozo's appeal of his order of removal. See EOIR Automated Case

Information, available at https://acis.eoir.justice.gov/en/caseInformation (last visited September 1, 2026). Rozo now has a final order of removal that subjects him to mandatory detention under 8 U.S.C. § 1231. As such, any claims regarding his pre-final-order-of-removal detention are moot.

Accordingly, it is **ORDERED**:

1. Rozo's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as moot**.

2. The **Clerk** is directed to terminate any motions, enter judgment dismissing the Petition as moot, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of September, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 9/1
c:
Giovanny Corrales Rozo, #A244208233